IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARION SMITH,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NOS. CV416-150
          CR407-288

## O R D E R

Before the Court is the Petitioner's Motion for Reconsideration. (Doc. 11.) The Court sees no reason to reconsider its prior order. (Doc. 8.) Accordingly, Petitioner's motion is **DENIED**.

SO ORDERED this 20th day of October 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA