FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 DEC 23 PM 1:45

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MARION SMITH, )
)
    Movant, )
)
v. )    CASE NOS. CV419-306
)                     CR407-288
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____ )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 2), to which no objections have been filed.[1] After
careful consideration and review of the record, the report and
recommendation (Doc. 2) is **ADOPTED** as the Court's opinion in this
case. Accordingly, Movant's unauthorized successive § 2255 motion is
**DISMISSED**. As a result, Movant's subsequent Motion to Appoint Counsel
(Doc. 3) is **DISMISSED AS MOOT**. In addition, Plaintiff is not entitled
to a Certificate of Appealability, rendering moot any request to
proceed in forma pauperis on appeal. The Clerk is **DIRECTED** to close
this case.

SO ORDERED this 23RD day of December 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____

[1] Unless otherwise stated, all citations are to Movant's civil
docket on this Court's electronic filing system, CV419-306.